## WILLIAMS v. STATE.　(No. 6791.)

(Court of Criminal Appeals of Texas.　March 8, 1922.)

Criminal law ⬤15—Prosecution for possessing equipment dismissed because of repeal of statute.

Under Vernon's Ann. Pen. Code 1916, art. 16, a conviction of possessing equipment for the manufacture of intoxicating liquor will be dismissed; the statute making such possession an offense having been repealed by Acts 37th Leg. 1st and 2d Called Sess. (1921) c. 61.

Appeal from District Court, Cass County; Hugh Carney, Judge.

Willie Williams was convicted of possessing equipment for the manufacture of intoxicating liquor, and he appeals. Reversed, and prosecution dismissed.

R. G. Storey, Asst. Atty. Gen., for the State.

---

⬤For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

HAWKINS, J. Appellant was convicted for having in his possession equipment for the manufacture of intoxicating liquor. The prohibition law was so amended by the first and second called session of the Thirty-Seventh Legislature, chapter 61, p. 233, as to operate as a repeal of that portion of the statute which had theretofore made the possession of equipment for the manufacture of intoxicating liquor an offense. Petit v. State (Tex. Cr. App.) 235 S. W. 579; Francis v. State (Tex. Cr. App.) 235 S. W. 580; Cox v. State (Tex. Cr. App.) 234 S. W. 531; McCowan v. State (Tex. Cr. App.) 234 S. W. 887; Betts v. State (Tex. Cr. App.) 235 S. W. 597.

It becomes necessary therefore, under the provisions of article 16 of Vernon's Penal Code, to reverse the judgment of the trial court and order a dismissal of the prosecution, which is accordingly done.

---

⬤⟞For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes